IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:25MJ168 |
| | : | |
| v. | | ORDER UNSEALING CASE |
| | : | |
| CHRISTOPHER DOWTIN | | |

Upon motion of the United States, and for the reason that the above captioned defendant is in custody, the above captioned case is hereby ordered unsealed.

DATE: 4/8/25

Peter B. Silvain, Jr.
United States Magistrate Judge